**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| The Skin Studio Day Spa, LLC, | ) | **CASE NO. 3:23-cv-02111-SAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT JPMORGAN CHASE** |
| | ) | **BANK, N.A.'S MOTION TO DISMISS** |
| Wells Fargo Bank, NA and JP Morgan | ) | **FIRST AMENDED COMPLAINT** |
| Chase Bank, NA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, hereby respectfully requests this Court dismiss the Complaint filed against it on the grounds that: (1) Plaintiff failed to state a cause of action upon which relief may be granted; (2) Chase owed Plaintiff The Skin Studio Day Spa, LLC ("Plaintiff") no duty pursuant to Article 4A of the Uniform Commercial Code ("UCC"), South Carolina Code Section 36-4A-101, *et seq*.; (3) Plaintiff lacks standing to assert any claim against Chase for an alleged failure to cancel a wire transfer pursuant to Article 4A of the UCC; (4) Chase owed Plaintiff no common law duty of care; (5) Plaintiff failed to allege proximate cause; (6) Plaintiff's negligence, conversion, and money had and received claims are displaced by the UCC; (7) South Carolina Unfair Trade Practices Act ("UTPA"), South Carolina Code Section 39-5-10, *et seq*., is inapplicable to the disputed wire; (8) notwithstanding the claim's inapplicability, Plaintiff failed to state a plausible UTPA claim; (9) the "funds" Plaintiff seeks to recover were not capable of being converted; (10) Plaintiff failed to allege any "wrongful" or "illegal" conduct by Chase; (11) Plaintiff did not confer any benefit upon Chase; and (12) Plaintiff's punitive damages

claim has no factual or legal basis. This action should be dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds and authorities in support of this Motion are set forth fully in the accompanying memorandum.

Dated: July 11, 2023

**BURR & FORMAN LLP**

s/Taylor K. Voegel
Taylor K. Voegel, Fed. ID No. 14023
2411 N. Oak Street, Suite 206 (29577)
Post Office Box 336
Myrtle Beach, SC 29578-0336
Ph:     843.444.1107
Fax:    843.444.4729
Email: tvoegel@burr.com

***Attorney for Defendant JPMorgan Chase Bank, N.A.***